RUTH H. MADARA, as Administratrix of the Estate of CHARLES B. MADARA, Deceased, Respondent, *v.* TOWN OF LIMA, Appellant.

Argued October 1, 1940; decided November 13, 1940.

*Elliott A. Horton* for appellant.

*Austin W. Erwin* and *Edwards P. Ward* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, RIPPEY, SEARS and CONWAY, JJ. Dissenting: LEHMAN, Ch. J., FINCH and LEWIS, JJ.